Richard C. Chambers, Jr. (BBO# 651251)
CHAMBERS LAW OFFICE
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Richard@chamberslawoffice.com

Jason A. Guida (BBO# 667252)
PRINCIPE & STRASNICK, P.C.
17 Lark Avenue
Saugus, MA 01906
(617) 383-4652
jason@lawguida.com

Raymond M. DiGuiseppe*
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road Suite 300
Southport, NC 28461
(910) 713-8804
law.rmd@gmail.com
*Pro Hac Vice

William A. Sack*
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 596-3492
wsack@fpclaw.org
*Pro Hac Vice

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and THOMAS TURCO, in his official capacity as Secretary of Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,<br><br>      Defendants. | Case No. 1:21-CV-10960-RWZ |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the above-named Plaintiffs hereby appeal to the United States Court of Appeals for the First Circuit from the Court's Order entered on May 19, 2022 (ECF Doc. 24) and the related Judgment entered the same day (ECF Doc. 25). A copy of the Order and Judgment are attached.

Dated: June 15, 2022

/s/ *Richard C. Chambers, Jr.*
ATTORNEY FOR PLAINTIFFS
RICHARD C. CHAMBERS, JR.
CHAMBERS LAW OFFICE
220 BROADWAY, SUITE 404
LYNNFIELD, MA 01940

## CERTIFICATE OF SERVICE

I, Richard C. Chambers, hereby certify that I served a copy of the *Notice of Appeal* through the Court's ECF system to all registered users.

Dated: June 15, 2022

By:

/s/ *Richard C. Chambers, Jr.*
Richard C. Chambers
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940