# United States Court of Appeals
## For the First Circuit

No. 22-1478

STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; TERRENCE REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants - Appellees.

**MANDATE**

Entered: May 1, 2023

In accordance with the judgment of April 7, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Bradley Benbrook
Robert M. Buchanan Jr.
Janet Carter
Timothy J. Casey
Richard C. Chambers Jr.
Raymond Mark DiGuiseppe
Phoebe Fischer-Groban
Grace Gohlke
Joseph Greenlee
Jean-Paul Jaillet
Madeleine Kausel
William James Taylor Jr.