UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:21-cv-10960-RWZ |

## JOINT MOTION FOR LOCAL RULE 16.1 SCHEDULING CONFERENCE

The parties respectfully request that the Court convene a scheduling conference pursuant to District of Massachusetts Local Rule 16.1(a). In support of this motion, the parties state:

1. Plaintiffs filed their complaint in this case on June 8, 2021. ECF No. 1. On August 20, 2021, Defendants moved to dismiss the complaint. ECF Nos. 14-15. After a hearing, the Court allowed Defendants' motion to dismiss. ECF Nos. 24-25. Defendants filed a timely notice of appeal. ECF No. 26.

2. On April 7, 2023, the U.S. Court of Appeals for the First Circuit issued its judgment in this case, which stated:

> In light of the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), the district court's judgment is vacated, and the matter is remanded for further proceedings. In remanding this matter, we take no position on the outcome previously reached by the district court, and we do not retain jurisdiction. Rather, in

> the event that any party contests the district court's decision, a timely new notice of appeal should be filed. No costs are awarded.

ECF No. 13. The mandate issued on May 1, 2023. ECF. No. 14.

    3.    On September 21, 2023, Plaintiffs filed a First Amended Complaint. ECF No. 34. On November 20, 2023, Defendants answered the First Amended Complaint. ECF No. 38.

    4.    Thus, the parties respectfully request that the Court convene a Local Rule 16.1 scheduling conference for a date no sooner than 21 days from the date of this motion to allow the parties sufficient time to confer under Local Rule 16.1(b).

| | |
|---|---|
| Dated: December 4, 2023 | Respectfully submitted, |
| Plaintiffs, | Defendants, |
| STEFANO GRANATA, JUDSON THOMAS, COLBY CANNIZZARO, CAMERON PROSPERI, THE GUNRUNNER, LLC, and FIREARMS POLICY COALITION, INC., | ANDREA JOY CAMPBELL, ATTORNEY GENERAL, and SECRETARY TERRENCE M. REIDY, |
| By their attorneys, | By their attorneys, |
| */s/ Raymond M. DiGuiseppe*<br>Richard C. Chambers, Jr., Esq., BBO No. 65125<br>Chambers Law Office<br>220 Broadway, Suite 404<br>Lynnfield, MA 01940<br>Office: (781) 581-2031<br>Cell: (781) 363-1773<br>Fax: (781) 581-8449<br>Richard@chamberslawoffice.com<br><br>Jason A. Guida, BBO No. 667252<br>Principe & Strasnick, P.C.<br>17 Lark Avenue<br>Saugus, MA 01906<br>Office: (617) 383-4652<br>jason@lawguida.com<br><br>Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>116 N. Howe, Suite A | */s/ Phoebe Fischer-Groban*<br>Phoebe Fischer-Groban, BBO No. 687068<br>Grace Gohlke, BBO No. 704218<br>Assistant Attorneys General<br>Office of the Attorney General<br>Government Bureau<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2589<br>Phoebe.Fischer-Groban@mass.gov<br>Grace.Gohlke@mass.gov |

Southport, NC 28461
Office: (910) 713-8804
law.rmd@gmail.com
Admitted *Pro Hac Vice*