UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECOND REVISED
STANDING ORDER REGARDING APPEARANCE OF COUNSEL
VIA TELEPHONE OR VIDEOCONFERENCE

**CASPER, J.**                                                                                 August 31, 2022

The Court notes that during any telephonic and/or video proceedings, it is important that all participants, including counsel, endeavor to ensure that an accurate record of the proceedings is maintained as all such proceedings are being transcribed by the court reporter. In furtherance of that interest, the Court adopts the following requirements as to videoconferences:

1. Use the mute function if you are not speaking.

2. If the videoconference is through Zoom, please use both the video and audio features. If you will not have access to a computer/laptop/phone with a camera to use the video feature on Zoom, please contact Lisa Hourihan, the courtroom deputy in advance of the proceeding.

3. If the videoconference is through Zoom, please ensure that your device will identify you by first name and last name on the screen (not by initials or phone number).

4. Please remember to speak slowly and clearly.

As to telephonic appearances, requirements one and four above apply along with the following requirements:

5. To the extent that counsel can call on a land line, please do so. It greatly enhances the quality of the transmission.

6. Please do not use the speaker function on your phone.

7. Please do not enable or use a voice activated system.

8. While on the phone, it is particularly important that counsel not speak over other participants. Please pause before speaking so you do not risk doing so.

9. Before speaking, identify yourself again for the record.

The Court also reminds counsel, and all participants to any proceedings, of the prohibition against any recording or broadcast of court proceeding under Local Rule 83.3(a) (and, in criminal cases, under Fed. R. Crim. 53).

This Order replaces and supersedes the Court's Standing Order of April 3, 2020.

**So Ordered.**

/s/ Denise J. Casper  
Denise J. Casper  
United States District Judge