UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:21-cv-10960-DJC |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)**

Having conferred pursuant to Fed. R. Civ. P. 26(f) on December 22, 2023, with further consultation thereafter by e-mail, counsel for the above-captioned parties hereby submit this Joint Statement pursuant to Local Rule 16.1(d) in advance of the Scheduling Conference set for January 16, 2024.

## I. Initial Disclosures

Counsel for the Parties have conferred regarding the Initial Disclosures required by Fed. R. Civ. P. 26(a) and have agreed to waive initial disclosures given the nature of the case.

## II. Joint Discovery Plan and Schedule for Motions

The Parties have met and conferred about the deadlines and time frames for the discovery and other pretrial-related events. The Parties agree on the dates for the time to add parties and to

amend the pleadings. Otherwise, the Parties do not fully agree about the appropriate schedule of deadlines and time frames, and thus they provide below separate proposals for the remaining dates in the pretrial schedule:

| | **Plaintiffs' Proposal** | **Defendants' Proposal** |
|---|---|---|
| **Time to Join Parties** | March 1, 2024 | March 1, 2024 |
| **Time to Amend Pleadings** | March 1, 2024 | March 1, 2024 |
| **Fact Discovery Complete** (including written discovery and non-expert depositions) | August 30, 2024 | October 4, 2024 |
| **Expert Discovery** | | |
| Exchange of all expert reports as required by Rule 26(a)(2)(B): | July 1, 2024 | November 22, 2024 |
| Exchange of all rebuttal expert reports: | July 31, 2024 | January 10, 2025 |
| Expert discovery (including depositions) completed: | August 30, 2024 | February 21, 2025 |
| **Dispositive Motions** (including for summary judgment) | | |
| Plaintiffs' Motion | October 11, 2024 | April 9, 2025 |
| Defendants' Opposition and Cross-Motion | November 8, 2024 | May 14, 2025 |
| Plaintiffs' Reply and Opposition to Cross-Motion | December 6, 2024 | June 4, 2025 |
| **Pre-Trial Motions** | | 60 days after dispositive motions decided |
| **Final Pre-Trial Conference** | | To be set by Court |

## III. Certifications Pursuant to Local Rule 16.1(d)(3)

The Plaintiffs' Certification pursuant to Local R. 16.1(d)(3) is attached hereto as Exhibit A. The Defendants' Certification pursuant to Local R. 16.1(d)(3) is attached hereto as Exhibit B.

## IV. Consent to Trial by Magistrate Judge

Pursuant to Local R. 16.1(b)(3) the Parties' counsel have conferred with respect to whether they will consent to trial before a magistrate judge. The Parties do not consent to referring this case to a magistrate judge for trial.

Respectfully submitted,

STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC.,

By their attorneys,

*/s/ Richard C. Chambers, Jr.*
Richard C. Chambers, Jr. (BBO# 651251)
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Richard@chamberslawoffice.com

Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe, Suite A
Southport, NC 28461

ANDREA JOY CAMPBELL, ATTORNEY GENERAL, and SECRETARY TERRENCE M. REIDY,

By their attorneys,

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, BBO No. 687068
Grace Gohlke, BBO No. 704218
Assistant Attorneys General
Office of the Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov
Grace.Gohlke@mass.gov

Office: (910) 713-8804
law.rmd@gmail.com
*Admitted Pro Hac Vice*

Dated: January 5, 2024

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 5, 2024.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General