# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-10960-DJC |

## CERTIFICATION OF PLAINTIFFS UNDER LOCAL RULE 16.1(D)

The undersigned, Stefano Granata, on behalf of the Plaintiffs, Richard C. Chambers, Jr., Jason A. Guida and Raymond M. DiGuiseppe, in accordance with Local Rule 16.1(D), hereby certify that we have conferred for the purpose of establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

*/s/Stefano Granata*
Plaintiff, Stefano Granata

DATED: December 30, 2023

1

Respectfully submitted,
The Plaintiffs,
By their attorneys,

*/s/Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr. (BBO# 651251)
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Richard@chamberslawoffice.com

Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe, Suite A
Southport, NC 28461
Office: (910) 713-8804
law.rmd@gmail.com
*Admitted Pro Hac Vice*

DATED: December 30, 2023


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.


DATED: December 30, 2023

*/s/ Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.