# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts,<br><br>   Defendants. | CIVIL ACTION<br>NO. 1:21-cv-10960-DJC |

## **CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Then undersigned affirm the following, pursuant to Local Rule 16.1(d)(3):

1. All of the above-captioned Defendants are officials of the Commonwealth of Massachusetts who are named in their official capacities as officers or officials of the above-named agencies or offices.

2. Where the above-named Defendants are sued in their official capacity only, the true party-in-interest is the Commonwealth of Massachusetts and its various agencies and offices. Those agencies and offices will hereinafter be referenced by utilizing the agency or office name, and not that of any particular person.

3. The above-captioned Defendants are represented in the above-captioned action by the Office of the Massachusetts Attorney General (the "AGO").

4. The Deputy General Counsel of the Executive Office of Public Safety and Security ("EOPSS") is an authorized representative of EOPSS for purposes of this Certification.

5. The Chief Operating Officer of the AGO is an authorized representative of the AGO for purposes of this Certification.

6. The undersigned hereby certify that, to the extent as has been practicable to date, the above-captioned Defendants and their counsel have conferred with respect to establishing a budget for costs associated with this litigation through Fiscal Year 2025.

7. The undersigned also certify that the Defendants and their counsel have conferred and share the view that resolution of the above-captioned litigation through the use of alternative dispute resolution programs is unlikely at this time, given the nature of this constitutional challenge.

| | |
|---|---|
| ANDREA JOY CAMPBELL, ATTORNEY GENERAL, | EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY, |
| /s/ Paula M. McManus<br>Paula M. McManus<br>Chief Operating Officer<br>Massachusetts Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963.2120 | /s/ John Melander<br>John Melander<br>Deputy General Counsel<br>Executive Office of Public Safety and Security<br>One Ashburton Place, Suite 2133<br>Boston, MA 02108<br>(781) 747-0330 |

Respectfully submitted,

/s/ Phoebe Fischer-Groban
Phoebe Fischer-Groban, BBO No. 687068
Grace Gohlke, BBO No. 704218
Assistant Attorneys General
Office of the Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov
Grace.Gohlke@mass.gov

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 5, 2024.

                                                   */s/ Phoebe Fischer-Groban*
                                                   Phoebe Fischer-Groban
                                                   Assistant Attorney General