UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:21-cv-10960-DJC |

**JOINT STIPULATION FOR THE VOLUNTARY DISMISSAL OF PLAINTIFFS JUDSON THOMAS AND COLBY CANNIZZARO**

All Plaintiffs and all Defendants, by and through their respective counsel, respectfully submit this joint stipulation in accordance with F.R.C.P. 41(a)(1)(A)(ii) to voluntarily dismiss from the case Plaintiffs Judson Thomas and Colby Cannizzaro and the claims brought on their behalf against the Defendants.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

/s/ *Richard C. Chambers. Jr.*
Richard C. Chambers, Jr., Esq. (BBO# 651251)
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Richard@chamberslawoffice.com

Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

Raymond M. DiGuiseppe
*Admitted Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
(910) 713-8804
law.rmd@gmail.com

*Attorneys for Plaintiffs*

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, BBO No. 687068
Grace Gohlke, BBO No. 704218
Assistant Attorneys General
Office of the Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov
Grace.Gohlke@mass.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above document has been served this day upon counsel of record for the Plaintiffs by electronic mail.

    Phoebe Fischer-Groban, BBO No. 687068
    Phoebe.Fischer-Groban@mass.gov

    Grace Gohlke, BBO No. 704218
    Grace.Gohlke@mass.gov

                                            */s/ Richard C. Chambers. Jr.*
                                              Richard C. Chambers, Jr.

Dated: September 3, 2024