# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:21-cv-10960-DJC <br><br><br> Date: February 26, 2025 <br> Time: 2:00 p.m. <br> Room: 11 <br> Hon.: Denise J. Casper |

## **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Please take notice the above-captioned Plaintiffs respectfully move this Court for the entry of an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, granting summary judgment on their First Amended Complaint. Please take further notice that in support of this Motion, Plaintiffs will rely upon the following papers filed with the Court: (1) Brief; (2) Statement of Undisputed Material Facts; and (3) attached Exhibits.

| | |
|---|---|
| Respectfully submitted, | Dated: January 6, 2025 |
| */s/ Richard C. Chambers, Jr., Esq.* <br> Richard C. Chambers, Jr., Esq. <br> BBO#: 651251 <br> Chambers Law Office <br> 220 Broadway, Suite 404 <br> Lynnfield, MA 01940 <br> Office: (781) 581-2031 <br> Cell: (781) 363-1773 <br> Fax: (781) 581-8449 | Jason A. Guida <br> (BBO# 667252) <br> Principe & Strasnick, P.C. <br><br> David H. Thompson <br> (*Pro Hac Vice Forthcoming*) <br> Peter A. Patterson <br> (*Pro Hac Vice Forthcoming*) <br> William V. Bergstrom |

1

Email: Richard@chamberslawoffice.com

Raymond M. DiGuiseppe
(*Admitted Pro Hac Vice*)
The DiGuiseppe Law Firm, P.C.

(*Pro Hac Vice Forthcoming*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

# **CERTIFICATE OF SERVICE**

   I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: 1/6/25

                 */s/ Richard C. Chambers, Jr., Esq.*
                 Richard C. Chambers, Jr., Esq.