UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA, CAMERON PROSPERI, THE GUN RUNNER, LLC, AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, AND TERRENCE M. REIDY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY OF THE COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:21-cv-10960-DJC |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendants hereby move for a grant of summary judgment in favor of Defendants. As grounds for this motion, Defendants state that they are entitled to judgment as a matter of law as explained and supported by the accompanying Defendants' Memorandum of Law in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, Defendants' Response to Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, Defendants' Statement of Undisputed Material Facts in Support of Defendants' Cross-Motion for Summary Judgment, and all accompanying affidavits and exhibits, filed this day and incorporated herein by reference.

1

February 5, 2025

Respectfully submitted,

ATTORNEY GENERAL ANDREA JOY CAMPBELL, and SECRETARY TERRENCE M. REIDY,

By their attorneys,

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, BBO No. 687068
Grace Gohlke, BBO No. 704218
Assistant Attorneys General
Office of the Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov
Grace.Gohlke@mass.gov

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2025.

*/s/ Grace Gohlke*
Grace Gohlke
Assistant Attorney General