AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Granata et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-10960-DJC |
| Healey at al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Stefano Granata, Cameron Prosperi, The Gunrunner, LLC, & Firearms Policy Coalition, Inc.   .

Date:   02/26/2025

/s/ William V. Bergstrom
*Attorney's signature*

William V. Bergstrom, DC Bar # 241500
*Printed name and bar number*
1523 New Hampshire Ave. NW, Washington, D.C. 20036

*Address*

wbergstrom@cooperkirk.com
*E-mail address*

(202) 220-9600
*Telephone number*

(202) 220-9601
*FAX number*