UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA, CAMERON PROSPERI, THE GUN RUNNER, LLC, and FIREARMS POLICY COALITION, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>ANDREA JOY CAMPBELL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, and TERRENCE M. REIDY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 1:21-cv-10960-DJC<br><br>**Leave to file granted on March 13, 2025** |

## DEFENDANTS' SUPPLEMENTAL STATEMENT OF MATERIAL UNDISPUTED FACTS

**DSMF No. 31:**

Of 1,160 models on the Approved Firearms Roster as of June 2024, at least 1,029 handgun models also comply with the Attorney General's regulations. Lucier 2d Decl. ¶ 4.

　

March 13, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL ANDREA JOY
　　　　　　　　　　　　　　　　　　　CAMPBELL, and SECRETARY
　　　　　　　　　　　　　　　　　　　TERRENCE M. REIDY,

　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　*/s/ Phoebe Fischer-Groban*
　　　　　　　　　　　　　　　　　　　Phoebe Fischer-Groban, BBO No. 687068
　　　　　　　　　　　　　　　　　　　Grace Gohlke, BBO No. 704218
　　　　　　　　　　　　　　　　　　　Assistant Attorneys General

Office of the Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov
Grace.Gohlke@mass.gov

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2025.

                                              */s/ Phoebe Fischer-Groban*
                                              Phoebe Fischer-Groban
                                              Assistant Attorney General