UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA, CAMERON PROSPERI, THE GUN RUNNER, LLC, AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, AND TERRENCE M. REIDY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY OF THE COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendants. | CIVIL ACTION NO. 1:21-cv-10960-DJC <br><br> **Leave to file allowed on March 13, 2025** |

### SECOND DECLARATION OF PETER LUCIER IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Peter Lucier, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. The evidence set out in the foregoing declaration is based on my personal knowledge.

2. I am a veteran of the United States Marine Corps and a former Marine Corps firearms instructor. I hold a Juris Doctor from Saint Louis University. My current and past work involves using and teaching others about firearms as well as consulting about firearms. The Massachusetts Attorney General's Office retained me as a consultant to review handguns on the

1

Massachusetts Approved Firearms Roster[1] for compliance with the Attorney General's Handgun Sales Regulations.[2]

3. I reviewed the handguns on the roster for compliance with the Attorney General's Handgun Sales Regulations by (1) reviewing materials including specifications, manuals, publicly-available test results, and other documentation as necessary and (2) physically reviewing handguns as needed to resolve any questions remaining after documentary review.

4. Based on my review of 1,160 handgun models on the Approved Firearms Roster, with the current information available, and consistent with the Attorney General's July 16, 2004, Consumer Advisory on Glock Handguns,[3] at least 1,029 handgun models on the Approved Firearms Roster also comply with the Attorney General's Handgun Sales Regulations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2025.

/s/ Peter Lucier
Peter Lucier

---

[1] I reviewed Approved Firearms Roster as of June 2024. Since June 2024, another 14 handgun models have been added to the Approved Firearms Roster.

[2] 940 Mass. Code Regs. §§ 16.00 *et seq*.

[3] Available at https://www.mass.gov/files/documents/2016/12/wg/ag-handgun-regulation-enforcement-notices.pdf

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2025.

/s/ *Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General