UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA, CAMERON PROSPERI, THE GUN RUNNER, LLC, and FIREARMS POLICY COALITION, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>ANDREA JOY CAMPBELL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, and TERRENCE M. REIDY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>        Defendants. | CIVIL ACTION<br>NO. 1:21-cv-10960-DJC<br><br>LEAVE TO FILE GRANTED ON MARCH 13, 2025 |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL STATEMENT OF MATERIAL UNDISPUTED FACTS

**DSMF No. 31:**

Of 1,160 models on the Approved Firearms Roster as of June 2024, at least 1,029 handgun models also comply with the Attorney General's regulations. Lucier 2d Decl. ¶ 4.

**PLAINTIFFS' RESPONSE:** Undisputed.

| | |
|---|---|
| Dated: March 13, 2025 | Respectfully submitted,<br><br>/s/ David H. Thompson |
| Richard C. Chambers, Jr., Esq.<br>(BBO# 651251)<br>Chambers Law Office<br><br>Jason A. Guida<br>(BBO# 667252)<br>Principe & Strasnick, P.C. | David H. Thompson<br>(*Admitted Pro Hac Vice*)<br>Peter A. Patterson<br>(*Admitted Pro Hac Vice*)<br>William V. Bergstrom<br>(*Admitted Pro Hac Vice*)<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W. |

Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2025.

/s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs*