UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA; CAMERON PROSPERI; THE GUN RUNNER, LLC; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; and TERRENCE M. REIDY, in his official capacity as Secretary of the Executive Office of Public Safety and Security of the Commonwealth of Massachusetts, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:21-cv-10960-DJC |

## PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING *BONDI V. VANDERSTOK*

At a hearing on the parties' cross-motions for summary judgment in the above-captioned matter on March 26, 2025, the Court invited the parties to submit supplemental briefing regarding the relevance, if any, of the Supreme Court's decision in *Bondi v. VanDerStok*, 604 U.S. ---, 2025 WL 906503 (2025), which it had issued that morning. Plaintiffs respectfully submit that *VanDerStok* is irrelevant to present dispute. *VanDerStok* involved a challenge, under the Administrative Procedure Act, to a Bureau of Alcohol, Tobacco, Firearms and Explosives rule that redefined "firearm" under federal law. *Id.* at *3. While some of the Respondents did raise a constitutional avoidance argument that implicated the Second Amendment, the Court did not pass upon it, or discuss the Second Amendment in any way, because it found the statutory language unambiguous. *See id.* at *12.

1

Dated: April 2, 2025                                     Respectfully submitted,

                                                         /s/ David H. Thompson
Richard C. Chambers, Jr., Esq.                           David H. Thompson
(BBO# 651251)                                            (*Admitted Pro Hac Vice*)
Chambers Law Office                                      Peter A. Patterson
                                                         (*Admitted Pro Hac Vice*)
Jason A. Guida                                           William V. Bergstrom
(BBO# 667252)                                            (*Admitted Pro Hac Vice*)
Principe & Strasnick, P.C.                               COOPER & KIRK, PLLC
                                                         1523 New Hampshire Avenue, N.W.
                                                         Washington, D.C.  20036
                                                         (202) 220-9600
                                                         dthompson@cooperkirk.com

                                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2025.

/s/ David H. Thompson
David H. Thompson
(*Admitted Pro Hac Vice*)

*Attorney for Plaintiffs*