UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO GRANATA, CAMERON PROSPERI, THE GUN RUNNER, LLC, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA JOY CAMPBELL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, and TERRENCE M. REIDY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY OF THE COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:21-cv-10960-DJC |

## **DEFENDANTS' RESPONSE REGARDING *BONDI V. VANDERSTOK***

At a hearing on the parties' cross-motions for summary judgment in the above-captioned matter on March 26, 2025, the Court invited the parties to submit supplemental briefing within one week regarding the relevance, if any, of the Supreme Court's decision in *Bondi v. VanDerStok*, 604 U.S. ---, 2025 WL 906503 (2025), which had issued that morning.

Plaintiffs submitted a brief on April 2, 2025, noting their position that *VanDerStok* is irrelevant to the present dispute (ECF No. 100). Defendants hereby respond and submit that they agree with Plaintiffs that *VanDerStok* is not relevant to any arguments raised in the parties' summary judgment briefs in this matter.

April 2, 2025                                    Respectfully submitted,

                                                                  ATTORNEY GENERAL ANDREA JOY CAMPBELL, and SECRETARY TERRENCE M. REIDY,

                                                                  By their attorneys,

                                                                 _/s/ Grace Gohlke_
                                                                 Phoebe Fischer-Groban, BBO No. 687068
                                                                 Grace Gohlke, BBO No. 704218
                                                                Assistant Attorneys General
                                                                Office of the Attorney General
                                                                Government Bureau
                                                                One Ashburton Place, 20th Floor
                                                                Boston, MA 02108
                                                                (617) 963-2589
                                                                Phoebe.Fischer-Groban@mass.gov
                                                                Grace.Gohlke@mass.gov

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2025.

                                                 */s/ Grace Gohlke*
                                                 Grace Gohlke
                                                 Assistant Attorney General